No. 14–0625/AR.   U.S. v. David W. Oliver.   CCA 20110986.   Appellant's motion to withdraw the petition for grant of review granted.

No. 14–0415/AR.   U.S. v. William E. Newton, Jr.   CCA 20110499.   Appellant's motion to extend time to file a brief granted, *but only up to and including August 12, 2014, and that absent extraordinary circumstances, no further extension of time will be granted in this case.*

Friday, July 25, 2014

No. 14–5007/AF.   U.S. v. Steven S. Morita.   CCA 37838.   Review granted on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED BY FINDING THAT A RESERVIST CAN CREATE COURT–MARTIAL JURISDICTION BY FORGING ACTIVE DUTY ORDERS AND/OR INACTIVE–DUTY TRAINING ORDERS AND BY FINDING THAT COURT–MARTIAL JURISDICTION EXISTED FOR EACH 120–DAY PERIOD LISTED ON THE THREE APPLICATIONS FOR MPA MAN–DAY TOURS.

Briefs will be filed under Rule 25.

